AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* George Philippou, Esq., Resident Agent
was received by me on *(date)* 1/3/12.

☑ I personally served the summons on the individual at *(place)* 650 S. Exeter St. Ste 200 Balto, MD 21202 on *(date)* 1/3/12; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ — for travel and $ 40.00 for services, for a total of $ 40.00.

I declare under penalty of perjury that this information is true.

Date: 1/3/12

_____ PPS
Server's signature

Printed name and title **John Hagis**
**1505 Hillside Dr.**
**Bel Air, MD 21015**
**443-655-7728**

Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| Ronald L. Pfieffer | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  **CCB 11 CV 3307** |
| Schmidt Baking Company | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Schmidt Baking Company
601 South Caroline Street
Baltimore, Maryland 21231

C/O Resident Agent:
George Philippou, Esquire
650 South Exter Street, Suite 200
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/27/2011

*Signature of Clerk*