IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RONALD PFIEFFER** | * | |
| | * | |
| | * | |
| Plaintiff | * | **Case No. 1:11-cv-03307-CCB** |
| | * | |
| v. | * | |
| | * | |
| **SCHMIDT BAKING CO., INC.** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

**TO THE CLERK AND ALL PARTIES OF RECORD:**

Please enter my appearance in this case as counsel for Defendant Schmidt Baking Co., Inc. I certify that I am admitted to practice in this court.

Dated: February 6, 2012

                                                                           Respectfully submitted,

                                                                       _____/s/_____
Kerstin M. Miller (Bar # 29736)
SMITH & DOWNEY, P.A.
One West Penn. Ave., Suite 950
Baltimore, MD 21204
Phone: (410) 321-9000
Fax: (410) 321-6270
kmiller@smithdowney.com